UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X
BRAULIO APONTE,

                                                    Plaintiff,         **NOTICE OF REMOVAL**

                 -against-                                              Case No.



CITY OF NEW YORK, BIENVENIDO MARTINEZ,
Individually, LUKE GASQUEZ, Individually, And
STEVEN ALFANO, Individually

                                                    Defendants.
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

**TO:    THE UNITED STATES DISTRICT COURT,
         SOUTHERN DISTRICT OF NEW YORK**

            Defendant the City of New York (the "City"), by and through its attorney, Muriel

Goode-Trufant, Corporation Counsel of the City of New York, respectfully removes to this Court

the State Court Action described below:

            1.    Defendant City is named in a civil action commenced in the Supreme Court of

the State of New York, County of New York, Index No. 163823/2025 (the "State Court Action"),

setting forth the claims for relief upon which the action is based.

            2.    In the State Court Action, Plaintiff filed a Summons and Complaint on October

20, 2025.  On or about October 31, 2025, Plaintiff served Defendant City with the Summons and

Complaint in this action.  Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint

is annexed hereto as Exhibit "A."

            3.    Under 28 U.S.C. §§ 1441(a), and 1446(b), this removal is timely, as this Notice

of Removal is being filed within thirty (30) days of the service of the pleading setting forth

Plaintiff's claims on Defendant City.

4.   Upon information and belief, the individually named Defendants Bienvenido Martinez, Luke Gasquez, and Steven Alfano have not been served with process.  A review of the docket sheet in the State Court Action does not reflect service on Defendants Martinez, Gasquez, or Alfano.  Pursuant to 28 U.S.C. § 1446(b)(2)(A), the City is the only properly served Defendant, and therefore the Notice of Removal is proper.

5.   This is a civil action, in which this Court has original jurisdiction under 28 U.S.C. § 1331, and which may be removed to this Court, pursuant to 28 U.S.C. § 1441(a).  Plaintiff brings this action pursuant to 42 U.S.C. § 1983, alleging violation of his constitutional rights for unlawful search, false arrest, and malicious prosecution.  See Exhibit "A."

6.   Pursuant to 28 U.S.C. § 1446(d), the undersigned shall promptly provide Plaintiff with written notice of the filing of this Notice of Removal, and shall file a copy of the Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York.

(remainder of page intentionally left blank)

**WHEREFORE**, Defendant City respectfully requests that the above-captioned action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated:      New York, New York
              November 20, 2025

MURIEL GOODE-TRUFANT
Corporation Counsel of the
City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-5044
evetterl@law.nyc.gov

By:   */s/ Eric Vetterlein*
     Eric Vetterlein
     Assistant Corporation Counsel

To:   **Via NYSCEF, Email, and First Class Mail**
      Law Office of John A. Scola, PLLC
      *Attorneys for Plaintiff*
      90 Broad Street Suite 1023
      New York, New York 10004
      (917) 423-1445
      jscola@johnscolalaw.com