USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO APONTE,

                Plaintiff,

             -against-

CITY OF NEW YORK, BIENVENIDO MARTINEZ,
Individually, LUKE GASQUEZ, Individually, And
STEVEN ALFANO, Individually,

              Defendants.

1:25-cv-09677-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff is directed to refile a compliant notice of voluntary dismissal pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(i) **on or before March 20, 2026**.

**SO ORDERED.**

**Date:  March 18, 2026**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**